**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer (SBN 206607)
Jonas P. Mann (SBN 263314)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: 213-394-7979
Facsimile:  213-529-1027
matthew@umklaw.com
jonas@umklaw.com

*Attorneys for Petitioners Stephanie Jones and Jonesworks LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENAS TO META PLATFORMS, INC. AND PINTEREST, INC.*<br><br>Served in case: *Jones, et al. v. Abel, et al.* S.D.N.Y. 1:25-cv-00779-UA | Misc. Case Number: 5:25-mc-80165<br><br>**DECLARATION OF JONAS P. MANN IN SUPPORT OF PETITIONERS STEPHANIE JONES AND JONESWORKS LLC'S MOTION TO COMPEL RESPONDENTS META PLATFORMS, INC. AND PINTEREST, INC. TO COMPLY WITH THIRD-PARTY SUBPOENA**<br><br>Date:    TBD<br>Time:   TBD<br>Ctrm:    TBD |

I, Jonas P. Mann, declare as follows:

1. I am an attorney admitted pro hac vice to practice before this Court. In this matter, I represent petitioners Stephanie Jones and Jonesworks LLC ("Petitioners").

2. I submit this declaration in support of Petitioners' Motion to Compel Respondents Pinterest Inc. to Comply with Third-Party Subpoena. I have personal knowledge of the facts set forth herein and, if called upon to do so, can competently testify to those facts.

**3.** Attached hereto as **Exhibit 1**, is a true and correct copy of the Complaint, Jones, et al. v. Abel, et al., S.D.N.Y. 1:25-cv-00779-UA.

4. Attached hereto as **Exhibit 2**, is a true and correct copy of the Notice of Subpoena to Respondent Meta Platforms, Inc. served in Jones, et al., v. Abel, et al., Case No. 1:25-cv-00779.

5. Attached hereto as **Exhibit 3**, is a true and correct copy of an objection letter from John K. Roche on behalf of Meta to Nicholas Inns, dated Mar. 21, 2025.

6. Attached hereto as **Exhibit 4**, is a true and correct copy of the Notice of Subpoena to Respondent Pinterest, Inc. served in Jones, et al., v. Abel, et al., Case No. 1:25-cv-00779.

7. Attached hereto as **Exhibit 5**, is a true and correct copy of an objection letter from Alan Garza on behalf of Pinterest to Anthony King, dated Mar. 21, 2025.

8. Attached hereto as **Exhibit 6**, is a true and correct copy of an objection letter from Daniel Pohlman to Nicholas Inns on behalf of Breanna Butler Koslow and Katherine Case, dated March 21, 2025.

9. Attached hereto as **Exhibit 7**, is a true and correct copy of an objection letter from Daniel Pohlman to Anthony King on behalf of Breanna Butler Koslow and Katherine Case, dated March 21, 2025.

10. On March 27, 2025, Nicholas Inns, counsel for Jones, and counsel for Meta met and conferred regarding their objections. Meta indicated it would stand on its objections.

11. On March 28 and May 19, 2025, I met and conferred with counsel for Pinterest. I agreed to Pinterest's demand that any litigation with Pinterest regarding the subpoena proceed in this Court. We were unable to resolve any other objections.

12. During a meet and confer call on April 1, 2025, counsel for the non-parties could not confirm if Koslow or Case created the Pinterest account at issue in the subpoena.

13. Attached hereto as **Exhibit 8**, is a true and correct copy of Jennifer Abel's answer to Petitioners' complaint.

14. Attached hereto as **Exhibit 9**, is a true and correct copy of Melissa Nathan's answer to Petitioners' complaint.

15. Attached hereto as **Exhibit 10**, is a true and correct copy of Justin Baldoni's answer to Petitioners' complaint.

16. Attached hereto as **Exhibit 11**, is a true and correct copy of Wayfarer's answer to Petitioners' complaint.

17. Attached hereto as **Exhibit 12**, is a true and correct copy of the stephaniejoneslies.com website obtained from the Internet Archive (https://web.archive.org/web/20250322231223/http://www.stephaniejoneslies.com/).

18. Attached hereto as **Exhibit 13**, are screenshots of the Facebook account "Stephanie Jones" (https://www.facebook.com/people/Stephanie-Jones/61559205100286/).

19. Attached hereto as **Exhibit 14**, are screenshots of the Pinterest account "stephaniejonesleaks" (https://www.pinterest.com/stephaniejonesleaks/).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 25, 2025 at Los Angeles, California.

_____
Jonas P. Mann

3
DECLARATION OF JONAS P. MANN
IN SUPPORT OF PETITIONERS' MOTION TO COMPEL