# EXHIBIT 7



New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806          pryorcashman.com

**Daniel J. Pohlman**
Counsel

Direct Tel: (212) 326-0823
dpohlman@pryorcashman.com

March 21, 2025

**By Email: anthony@umklaw.com**

Umhofer, Mitchell & King LLP
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Attn.: J. Anthony King, Esq.

Re:    Stephanie Jones, Jonesworks LLC v. Jennifer Abel, Melissa
Nathan, Justin Baldoni, Wayfarer Studios LLC, and John
Does 1-10

Dear Mr. King:

We are counsel to non-parties Breanna Butler Koslow and Katherine Case in connection with the above-referenced dispute.  We are in receipt of your subpoenas directed to AT&T Wireless, Google LLC, Pinterest Inc., and Verizon.  Based upon our review of these subpoenas, they solicit private and personal identifying information of our clients.  As a result, we object to the subpoenas to the extent they call for the production of our clients' personal data.  To the extent you wish to confer with us regarding our position, please let us know when you are available to discuss.

Very truly yours,

_____ s/ Daniel J. Pohlman _____
Daniel J. Pohlman