# EXHIBIT 13

# Stephanie Jones

0 likes · 0 followers

**Posts**  About  Photos  Videos

## Intro

Stephanie Jones serves legal letters based on trumped up claims. She resorts to threats both personal and professional.

- 🛈 Page · Business Center
- ⌖ 211 E 43rd St
- ▶ stephaniejonesleaks
- ⓟ stephaniejonesleaks
- 𝕏 StephanieJoneNY
- 🌐 stephaniejonesleaks.com
- ⭐ Not yet rated (0 Reviews)