# **EXHIBIT 14**

# Pinterest

Explore  Shop  🔍 Search for easy dinners, fashion, etc.



# Stephanie Jones

**stephaniejonesleaks.com**Stephanie Jones is known to leak information about her clients to press, so that she can "save the...
more

 stephaniejonesleaks

⬆  **Follow**

Created  **Saved**

stephaniejonesleaks hasn't saved
any Pins yet

## About Stephanie Jones




🌐 stephaniejonesleaks.com

Stephanie Jones is known to leak information about her clients to press, so that she can "save the day" for them and inspire their gratitude.