UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Jonas P. Mann (SBN 263314)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: 213-394-7979
Facsimile:  213-529-1027
matthew@umklaw.com
jonas@umklaw.com

*Attorneys for Petitioners Stephanie Jones and Jonesworks LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENAS TO META PLATFORMS, INC. AND PINTEREST, INC.*<br><br>Served in case: *Jones, et al. v. Abel, et al.* S.D.N.Y. 1:25-cv-00779-UA | Misc. Case Number  5:25-mc-80165<br><br>**DECLARATION OF STEPHANIE JONES IN SUPPORT OF PETITIONERS STEPHANIE JONES AND JONESWORKS LLC'S MOTION TO COMPEL RESPONDENTS META PLATFORMS, INC. AND PINTEREST, INC. TO COMPLY WITH THIRD-PARTY SUBPOENA**<br><br>Date:    TBD<br>Time:    TBD<br>Ctrm:    TBD |

I, Stephanie Jones, declare as follows:

1. I am the founder and Chief Executive Officer of Jonesworks LLC, an internationally recognized public-relations and strategic-communications agency headquartered in New York, New York. I make this declaration from personal knowledge and, if called, could and would testify truthfully to the matters stated here.

2. Since founding Jonesworks I have cultivated a roster of prominent corporate, entertainment, and sports clients whose trust depends on our strict protection of confidential information and strategic work product.

3. In May 2024, I discovered anonymous websites bearing my name were launched as part of a smear campaign against me and my company. The first website, stephaniejonesleaks.com, published long-form "exposés" making false allegations about me. When that site was removed, the same content re-appeared just days later on stephaniejoneslies.com, which remained live until earlier this year.

4. At the same time as the websites, multiple fake social-media accounts were created that echoed the defamatory language of the websites and amplified links to them. Whenever we succeeded in having one account removed, another appeared under a new handle.

5. One of those fake social media accounts is a Facebook account bearing my name, Stephanie Jones (https://www.facebook.com/people/Stephanie-Jones/61559205100286/). The profile falsely states that "Stephanie Jones serves legal letters based on trumped up claims. She resorts to threats both personal and professional." This account links to stephaniejonesleaks.com and bears a logo with the words "Stephanie Jones Leaks" that it shares with both stephaniejonesleaks.com and stephaniejoneslies.com.

6. The Pinterest account "stephaniejonesleaks" also links to the stephaniejonesleaks.com website (https://www.pinterest.com/stephaniejonesleaks/). The account profile falsely states "Stephanie Jones is known to leak information about her clients to press, so that she can 'save the day' for them and inspire their gratitude."

This account links to stephaniejonesleaks.com and bears a logo with the words "Stephanie Jones Leaks" that it shares with both stephaniejonesleaks.com and stephaniejoneslies.com.

7. The content on stephaniejonesleaks.com and stephaniejoneslies.com was nearly identical and contains numerous false allegations about me and Jonesworks including that I "leak my own clients' secrets" and "hold clients hostage."

8. I have been unable to determine the true identity of the individual or individuals who created the defamatory websites and social media accounts, including the Facebook and Pinterest accounts.

9. The websites and social media sites have been part of a campaign to defame me and Jonesworks and interfere with my relationships with my clients.

10. The websites and social media accounts have caused substantial financial loss and reputational harm to Jonesworks and to me personally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2025 at New York, New York.

*Stephanie Jones*
Stephanie Jones (Jun 16, 2025 16:39 EDT)

Stephanie Jones