**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer (SBN 206607)
Jonas P. Mann (SBN 263314)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: 213-394-7979
Facsimile:  213-529-1027
matthew@umklaw.com
jonas@umklaw.com

*Attorneys for Petitioners Stephanie Jones and Jonesworks LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENAS TO META PLATFORMS, INC. AND PINTEREST, INC.*<br><br>Served in case: *Jones, et al. v. Abel, et al.*, S.D.N.Y. 1:25-cv-00779-UA | Misc. Case Number: 5:25-mc-80165<br><br>**PROOF OF SERVICE** |

*PROOF OF SERVICE*

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 767 S. Alameda Street, Suite 270, Los Angeles, CA 90021. My electronic service address is *jenny@umklaw.com*. On June 25, 2025 I served document(s) described as:

**PETITIONERS STEPHANIE JONES AND JONESWORKS LLC'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONDENTS META PLATFORMS, INC. AND PINTEREST, INC. TO COMPLY WITH THIRD-PARTY SUBPOENA; MEMORANDUM IN SUPPORT; AND**

**PROOF OF ELECTRONIC SERVICE**

on the following:

SEE SERVICE LIST ON FOLLOWING PAGE(S)

**[X]   ELECTRONIC MAIL:** I personally transmitted to the person(s) named in the above service list, who has/have previously consented in writing to receive documents via electronic mail to the e-mail address(es) shown on the service list, delivered on the date listed above, originating from an electronic e-mail address affiliated with Umhofer, Mitchell & King LLP, which did not report any error in sending the transmission.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on June 25, 2025 at Los Angeles, California.

*[signature]*
Jennifer M. Mitchell

# ELECTRONIC SERVICE LIST

| | |
|---|---|
| Bryan J. Freedman<br>Miles M. Cooley<br>Theresa M Troupson<br>Summer Benson<br>Jason Sunshine<br>Ellyn S. Garofalo<br>**LINER FREEDMAN**<br>**TAITELMAN + COOLEY, LLP**<br>1801 Century Park West<br>5th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 201-0005<br>Facsimile: (310) 201-0045<br>Email: *bfreedman@lftcllp.com*<br>    *mcooley@lftcllp.com*<br>    *ttroupson@lftcllp.com*<br>    *sbenson@lftcllp.com*<br>    *jsunshine@lftcllp.com*<br>    *egarofalo@lftcllp.com* | Amit Shertzer<br>Kevin Fritz<br>Mitchell Schuster<br>**MEISTER SEELIG & FEIN PLLC**<br>125 Park Avenue<br>7th Floor<br>New York, NY 10017<br>Telephone: (212) 655-3500<br>Telephone: (212) 655-3535<br>Email: *as@msf-law.com*<br>    *kaf@msf-law.com*<br>    *ms@msf-law.com* |

*Counsel for Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC*

| | |
|---|---|
| John K. Roche<br>**PERKINS COIE**<br>700 13th Street, NW<br>Suite 800<br>Washington, DC 20005-3960<br>Telephone: (202) 434-1627<br>Facsimile: (202) 654-6211<br>Email: *jroche@perkinscoie.com*<br><br>*Counsel for Facebook* | Alan Garza<br>**PERKINS COIE**<br>405 Colorado Street<br>Suite 1700<br>Austin, TX 78701<br>Telephone: (737) 256-6212<br>Facsimile: (737) 256-6300<br>Email: *agarza@perkinscoie.com*<br><br>*Counsel for Pinterest* |