**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer (SBN 206607)
Jonas P. Mann (SBN 263314)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: 213-394-7979
Facsimile: 213-529-1027
matthew@umklaw.com
jonas@umklaw.com

*Attorneys for Petitioners Stephanie Jones and Jonesworks LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*IN RE: SUBPOENAS TO META PLATFORMS, INC. AND PINTEREST, INC.*

Served in case: *Jones, et al. v. Abel, et al.* S.D.N.Y. 1:25-cv-00779-UA

Misc. Case Number: 3:25-mc-80165-TSH

*Hon. Thomas S. Hixson*

**DECLARATION OF JONAS P. MANN IN SUPPORT OF PETITIONERS STEPHANIE JONES AND JONESWORKS LLC'S REPLY IN SUPPORT OF THEIR MOTION TO COMPEL RESPONDENTS META PLATFORMS, INC. AND PINTEREST, INC. TO COMPLY WITH THIRD-PARTY SUBPOENA**

Date: TBD
Time: 10:00 a.m.
Ctrm: E

I, Jonas P. Mann, declare as follows:

1. I am an attorney admitted pro hac vice to practice before this Court. In this matter, I represent petitioners Stephanie Jones and Jonesworks LLC ("Petitioners").

2. I submit this declaration in support of Petitioners Stephanie Jones and Jonesworks LLC's Reply In Support of their Motion to Compel Respondents Meta Platforms, Inc. and Pinterest, Inc. to Comply with Third-Party Subpoena. I have personal knowledge of the facts set forth herein and, if called upon to do so, can competently testify to those facts.

**3.** Attached hereto as **Exhibit 1** is a screenshot of the Facebook Account "Stephanie Jones" (*https://www.facebook.com/people/Stephanie-Jones/61559205100286/*), showing that the account bio was updated on May 8, 2024.

**4.** Attached hereto as **Exhibit 2** is a screenshot of the Facebook Account "Stephanie Jones" (*https://www.facebook.com/people/Stephanie-Jones/61559205100286/*), showing that the account cover photo was updated on May 8, 2024.

**5.** Attached hereto as **Exhibit 3** is a screenshot of the Facebook Account "Stephanie Jones" (*https://www.facebook.com/people/Stephanie-Jones/61559205100286/*), showing that the account profile picture was updated on May 8, 2024.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the complaint in Lively v. Wayfarer Studios LLC, et al., 1:24-cv-10049, filed in the United States District Court for the Southern District of New York, showing that it was filed on December 31, 2024.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 16, 2025 at Los Angeles, California.

Jonas P. Mann