# Exhibit 1

STEPHANIE LEAKS

**Stephanie Jones** updated their bio.
May 8, 2024 · 🌐