# Exhibit 2

May 8, 2024

# STEPHANIE
# LEAKS JONES

👍 Like          💬 Comment