Exhibit 3

**Stephanie Jones** updated their profile picture.
May 8, 2024 · 🌐

STEPHANIE JONES

LEAKS



👍 Like                     💬 Comment